UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br><br>LUWANA L. WALKER,<br><br>Defendant. | Criminal No. 00-28(4) (JMR/FLN)<br><br>**MOTION FOR RESENTENCING PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

Ms. Walker through counsel, moves this Court pursuant to 18 U.S.C. § 3582(c) for an order reducing the term of imprisonment from 151 months to a sentence of 121 months on the grounds that the retroactive amendment to the crack cocaine guideline changes the base offense level in Ms. Walker's case from 34 to 32.

The sentencing factors in this case are straightforward. Ms. Walker's original guideline range was based on a total offense level 34 and a criminal history category I, resulting in a guideline range of 151-188 months. The court imposed a sentence of 151 months, the bottom of the range. Applying the November 1, 2007, crack cocaine guideline amendments reduces Ms. Walker 's total offense level from 34 to level 32, resulting in new guideline range of 121-151 months.

Ms. Walker has a current BOP release date of July 5, 2011. With a sentencing reduction of 30 months he will be eligible for release from BOP custody on or about May 20, 2009. Accordingly, Ms. Walker moves the Court to issue an Order reducing her sentence to 121 months.

A proposed Order is offered for the Court's convenience.

Dated: April 25, 2008

Respectfully submitted,

*s/ Caroline Durham*

CAROLINE DURHAM
Attorney ID 29421X
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415