# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

LUWANA L. WALKER,
Defendant.

**CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER**

Criminal No: 00-28(4) (JMR/FLN)

I hereby certify that on April 25, 2008, I caused the following document(s):

1. Defendant's Motion for Resentencing Pursuant to 18 U.S.C. § 3582(c)(2);

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jeffrey Paulsen
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

I further certify that I caused the proposed order to be filed with the court via e-mail to the judicial officer hearing the motion:

Honorable James M. Rosenbaum

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Jeffrey Paulsen
Assistant US Attorney
SERVED VIA E-MAIL

SERVED VIA U.S. MAIL

Dated: April 25, 2008

*s/ Caroline Durham*

CAROLINE DURHAM
Attorney ID 24921X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415