UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-28(4) (JMR)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUWANA LATRICE WALKER,<br><br>Defendant. | RESPONSE OF THE UNITED STATES TO DEFENDANT WALKER'S MOTION FOR A SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c) |

Defendant Luwana Latrice Walker seeks a two-level sentence reduction based on the retroactive crack cocaine guideline amendment. The government is satisfied that Walker is eligible for the reduction and that there are no discretionary reasons to deny her motion. The government recommends that the Court grant the motion.

Walker's original guideline range was level 34/category II = 168-210 months, but the Court departed downward to category I (151-188 months) and imposed a sentence of 151 months. Assuming the Court continues to treat Walker as a criminal history category I offender, the amended guideline range would be level 32/category I = 121-151 months, with a 10-year mandatory minimum. The United States respectfully requests that the defendant be resentenced to a term of 121 months.

Dated: April 28, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/Jeffrey S. Paulsen*

BY: JEFFREY S. PAULSEN
Assistant United States Attorney
Attorney ID Number 144332