UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-28(4)(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Luwana L. Walker | ) | |

Defendant moves for a sentencing reduction under the revised and retroactive amendments to the United States Sentencing Guidelines applicable to crack cocaine cases, pursuant to 18 U.S.C. § 3582(c)(2). Defendant's original guideline range was 151 to 188 months. Her amended guideline range is 121 to 151 months. She asks the Court to reduce her 151 month term of imprisonment. Her projected release date, prior to any § 3582(c) reduction, is July 5, 2011. The United States does not oppose the motion.

Accordingly, defendant's motion [Docket No. 580] is granted. She is sentenced to 121 months, effective ten days from the date of this Order.

IT IS SO ORDERED.

Dated: May 12th, 2008

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge